**2006–1112. In re Boone.**

Hancock App. No. 5–06–15. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of the motion of appellee Hancock County Child Support Enforcement Agency to strike appellant's notice of appeal and memorandum in support of jurisdiction,

IT IS ORDERED by the court that the motion is denied.

IT IS FURTHER ORDERED, sua sponte, that appellee Hancock County Child Support Enforcement Agency may file a memorandum in response to appellant's memorandum in support of jurisdiction within thirty days of the date of this entry.

**2006–1300. Glaser v. Glaser.**

Medina App. No. 05CA0014–M. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2006–0587. State ex rel. DeLany v. Indus. Comm.**

Franklin App. No. 05AP–281, 2006-Ohio-427. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–1038. State ex rel. Boccuzzi v. Cuyahoga Cty. Commrs.**

Cuyahoga App. No. 86333, 2006-Ohio-1835.